McGREGOR W. SCOTT
United States Attorney
RUSSELL L. CARLBERG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2748




FILED
SEP 2 4 2008
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

IN RE: SEALED SEIZURE WARRANT )   CR. NO. 2:08-SW-363 DAD
IN THE MATTER OF THE SEIZURE OF)
All funds maintained at        )
Washington Mutual Bank, N.A.,  )   Application For Order Unsealing
account #4420842802, held in   )   Seizure Warrant; [~~Proposed~~] Order
the name of AFG Holdings       )
Management or AFC Holdings     )
Management, LLC, in an         )
amount not to exceed           )
$230,000                       )
_____)

TO THE HONORABLE GREGORY HOLLOWS, UNITED STATES MAGISTRATE JUDGE:

COME NOW Russell L. Carlberg, Assistant United States Attorney for the Eastern District of California, to petition this Court and respectfully represent:

1. On August 26, 2008, the Honorable United States Magistrate Judge Dale A. Drozd issued an order sealing the Application and Affidavit in Support of Seizure Warrant in the above-referenced case. Judge Drozd also signed a separate sealing order cover sheet that stated that the case was sealed. In fact, the intent was to seal only the application and affidavit in support of the warrant;

the seizure warrant itself was to be publicly filed upon its return by the agent.

2. On the morning of August 27, 2008, federal agents executed the seizure warrant. Approximately ten days later the agent completed the seizure warrant return.

THEREFORE, your petitioner prays that the search warrant be unsealed and made part of the public record, but that the application and affidavit in support of the warrant remain under seal for the reasons stated in the original sealing order.

Dated: September 24, 2008

Respectfully submitted,

McGREGOR W. SCOTT
UNITED STATES ATTORNEY

by: _____
RUSSELL L. CARLBERG
Assistant U.S. Attorney

[PROPOSED] ORDER

THE COURT HEREBY ORDERS that the Seizure Warrant in Case No. 2:08-SW-363 DAD be unsealed and made part of the public record. The Application and Affidavit in Support of the Seizure Warrant shall remain under seal absent further order of the Court.

DATED: Sept. 24, 2008

_____
HON. GREGORY HOLLOWS
United States Magistrate Judge