1  BENJAMIN B. WAGNER
   United States Attorney
2  TODD D. LERAS
   PAUL A. HEMESATH
3  Assistant United States Attorneys
   501 I Street, Suite 10-100
4  Sacramento, CA 95814
   Telephone: (916) 554-2700
5  Facsimile:  (916) 554-2900

6
   Attorneys for Plaintiff
7  United States of America

8
                    IN THE UNITED STATES DISTRICT COURT
9
                      EASTERN DISTRICT OF CALIFORNIA
10

11
   **IN RE: SEARCHES OF:**                CR CASE NOS.  S-08-SW-361 DAD
12                                                      S-08-SW-362 DAD
      1. 2424 PROFESSIONAL DRIVE,        CIV CASE NOS. S-08-SW-363 DAD
13       ROSEVILLE, CA 95661                            S-08-SW-364 DAD

14    2. 7915 SHELBORNE DRIVE,
         GRANITE, CA 95746              [PROPOSED] ORDER TO UNSEAL AFFIDAVIT
15                                      IN SUPPORT OF SEARCH WARRANTS
      3. LAWRENCE LELAND "LEE"
16       LOOMIS

17 **IN RE: SEIZURES OF:**

18    1. WASHINGTON MUTUAL BANK
         ACCOUNT #4420842802
19
      2. WASHINGTON MUTUAL BANK
20       ACCOUNT #4412174338

21
        Upon request of the United States of America and good cause having been shown,
22
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

   [PROPOSED] ORDER TO UNSEAL            1
   AFFIDAVIT

IT IS HEREBY ORDERED that the Affidavit of FBI Special Agent Kathleen Nicolls in support thereof in the above-captioned proceedings be and are hereby unsealed.

Date: February 8, 2013

EDMUND F. BRENNAN
United States Magistrate Judge

[PROPOSED] ORDER TO UNSEAL AFFIDAVIT            2